# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| GREAT HARVEST FRANCHISING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASSIE WISTE, KNEADING FOR The PEOPLE, LLC, and SLICED LLC, d/b/a SLICED BAKESHOP AND LUNCHEONETTE, <br><br> Defendants. | CV 26-13-BU-WWM <br><br> ORDER |

Before the Court is Plaintiff's Motion for Temporary Restraining Order. (Doc. 5). The Court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if (1) "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damages will result to the movant before the adverse party can be heard in opposition;" and (2) "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(A)-(B).

**IT IS HEREBY ORDERED** that by 5:00 p.m. tomorrow, February 20, 2026, Plaintiff shall provide the Court with information regarding any efforts made

to accomplish service and/or notify Defendants of their motion and why it should not be required.

The Clerk of Court is directed to notify Plainitff of the making of this Order.

DATED this 19th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE